DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CRYSTAL ANN ERICKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2023-1503
_____

June 14, 2024

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.